[No. 63421-6-I.  Division One.  July 27, 2009.]

MADELINE BRAY GARRON, *Appellant*, v. PIER POINT
CONDOMINIUMS ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Island
County, No. 07-2-00163-2, Alan R. Hancock, J., entered July
23, 2008. *Affirmed* by unpublished opinion per Schindler,
C.J., concurred in by Grosse and Leach, JJ.

[No. 36150-7-II.  Division Two.  July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHAN D.
BRIGHTMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 98-1-04401-4, Frank E. Cuthbertson, J., en-
tered March 2, 2007. *Affirmed* by unpublished opinion per
Penoyar, A.C.J., concurred in by Houghton and Bridge-
water, JJ.

[No. 36918-4-II.  Division Two.  July 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ROBINSON,
*Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 07-1-01283-8, Christine A. Pomeroy, J.,
entered October 30, 2007. *Affirmed in part, reversed in part,*
and *remanded* by unpublished opinion per Penoyar, A.C.J.,
concurred in by Houghton, J.; Quinn-Brintnall, J., dissent-
ing in part.

[No. 36921-4-II.  Division Two.  July 28, 2009.]

CROWN CORK & SEAL COMPANY, INC., *Respondent*, v. SYLVIA
SMITH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 06-2-01952-8, Gary R. Tabor, J., entered
September 27, 2007. *Reversed* and *remanded* by unpub-
lished opinion per Penoyar, A.C.J., concurred in by Bridge-
water and Armstrong, JJ.